# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANTHONY WINTERS, ) | 1:00-CV-05474 REC LJO P |
| ) | |
| Petitioner, ) | |
| ) | ORDER DISMISSING MOTION |
| v. ) | |
| ) | [Doc. #60] |
| ANTHONY LAMARQUE, ) | |
| ) | |
| Respondent. ) | |

On March 21, 2007, Petitioner filed a motion in this case with memorandum of points and authorities in support thereof. However, this case is closed. The District Court issued an order dismissing the case on September 10, 2001, and judgment was entered on September 12, 2001. The Ninth Circuit affirmed the decision on May 15, 2006.

Accordingly, the motion is hereby DISMISSED as moot.

IT IS SO ORDERED.

**Dated:   March 28, 2007**            /s/ Sandra M. Snyder
23ehd0                                 UNITED STATES MAGISTRATE JUDGE